

# O'Hara, O'Connell & Ciotoli
ATTORNEYS AND COUNSELORS AT LAW

Stephen Ciotoli, Esq.
tel: (315) 671-3175
fax: (315) 451-5585
sdc@oharalaw.com

7207 East Genesee Street • Fayetteville, New York 13066-1262 • (315) 451-3810     www.oharalaw.com

April 2, 2015

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
50 Foley Square
New York, NY 10007
212-857-8500

        Re: Seale v. Madison County
           Case No. 15-865cv
           <u>Our File No. 18974.0001</u>

Dear Ms. Wolfe:

  In accordance with LR 31.2, please accept this letter as a formal request for the filing date of July 1, 2015, for the Appellant's brief in this case.

        Very truly yours,

        O'HARA O'CONNELL & CIOTOLI

        Stephen Ciotoli, Esq.
        O'HARA O'CONNELL & CIOTOLI
        *Attorneys for Plaintiff/Appellant*
        7207 East Genesee Street
        Fayetteville, New York 13066
        Phone: (315) 451-3810

CC: The Law Firm of Frank W. Miller
   Charles C. Spagnoli, Esq.
   Bar Roll No. 507694
   *Attorneys for Defendants*
   Office and Post Office Address:
   6575 Kirkville Road
   East Syracuse, New York 13057
   Telephone: 315-234-9900
   Facsimile: 315-234-9908

{W0258246.1}