UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand and fifteen,

_____

Kelly Seale, David Seale,

      Plaintiffs - Appellants,

v.

Madison County, Matthew Episcopo, Individually and in his Official Capacity as Captain of the Madison County Sheriff's Office, Allen Riley, Individually and in his Official Capacity as Madison County Sheriff, Doug Bailey, Individually and in his Official Capacity as Former Under Sheriff for Madison County, Ryan Aylward, Individually and in his Official Capacity as Coordinator of Labor Relations for Madison County,

      Defendants - Appellees,

Ronald Cary, Individually and in his Official Capacity as former Sheriff for Madison County,

      Defendant.

**ORDER**
Docket No: 15-865

_____

      Counsel for APPELLANT Kelly Seale and David Seale has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 1, 2015 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before July 1, 2015. The appeal is dismissed effective July 1, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

